**Randy STROUD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 86569.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 13, 2006.

Kristina Starke, Assistant Public De-
fender, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Assistant Attor-
ney General, Jefferson City, MO, for re-
spondent.

Before MARY K. HOFF, P.J.,
CLIFFORD H. AHRENS, J., and
PATRICIA L. COHEN, J.

### ORDER

PER CURIAM.

Randy Stroud ("Movant") appeals from
the judgment of the Circuit Court of the
City of St. Louis denying his Rule 29.15
motion for post-conviction relief. In his
appeal, Movant contends that the trial
court erred when it failed to find that his
trial attorney rendered ineffective assis-
tance by failing to call certain witness to
testify on Movant's behalf.

We have reviewed the briefs of the par-
ties and the record on appeal and find the
motion court's decision was not clearly er-
roneous. An extended opinion would have
no precedential value. We have, however,
provided a memorandum opinion only for
the use of the parties setting forth the
reasons for our decision.

We affirm the award pursuant to Rule
84.16(b).